UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-61273-CIV-MARTINEZ-BROWN

AMANDA HAYS,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (D.E. No. 6). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each side shall bear its own fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of August, 2010.

                            JOSE E. MARTINEZ
                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record